

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00867-CV

In the Interest of **K.R.H.** and K.M.H., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02393
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1). No costs are taxed against appellant because she is indigent.

SIGNED January 23, 2019.

_____
Irene Rios, Justice